**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7913**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

MICHAEL CRANDALE WILLIAMS,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.   Malcolm J. Howard, Senior District Judge.  (2:95-cr-00009-H-1)

_____

Submitted:  March 6, 2014         Decided:  March 26, 2014

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Crandale Williams, Appellant Pro Se.  Robert J. Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Crandale Williams appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012) and reducing his sentence to the low end of his amended Guidelines range.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Williams, No. 2:95-cr-00009-H-1 (E.D.N.C. Nov. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Williams contends he is entitled to a further reduction.